## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| James Luckart,<br><br>      **Plaintiff,**<br><br>  vs.<br><br>B2Services OU et al.,<br><br>      **Defendants.** | **ORDER TO SHOW CAUSE**<br><br><br>**Case No. 1:25-cv-00170-JNP-DBP** |

Plaintiff is hereby ordered to show cause why the above captioned case should not be dismissed for failure to prosecute.  Plaintiff is directed to respond in writing within 10 days from the date of this order and inform the Court of the status of the case and intentions to proceed. Failure to do so will result in dismissal of the case.

DATED this 13 May 2026.

_____
Dustin B. Pead
United States Magistrate Judge